UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE J.W. ROBERTS, JR.,

                Plaintiff,

    v.

SNOHOMISH COUNTY, *et al*.,

                Defendants.

Case No. C16-1464-TSZ-JPD

ORDER DENYING PLAINTIFF'S MOTION TO EXTEND THE DISPOSITIVE MOTION FILING DEADLINE

      This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion to extend the dispositive motion filing deadline. Defendants oppose plaintiff's motion. The Court, having reviewed plaintiff's motion, and the balance of the record, hereby finds and ORDERS as follows:

      (1)    Plaintiff's motion to extend the dispositive motion filing deadline (Dkt. 112) is DENIED. Plaintiff, by way of the instant motion, seeks a 60 day extension of the dispositive motion filing deadline. Plaintiff indicates in his motion that he has recently been on the mental health tier and unable to research case law, and that he is unfamiliar with the concept of

ORDER DENYING PLAINTIFF'S MOTION
TO EXTEND THE DISPOSITIVE MOTION
FILING DEADLINE - 1

dispositive motions. Plaintiff states that he requires additional time to understand if it's necessary to even file such a motion.

Plaintiff filed the instant action in September 2016, and the Court entered its original Pretrial Scheduling Order in December 2016. (*See* Dkts. 1 and 25.) The original Pretrial Scheduling Order established a dispositive motion filing deadline of April 20, 2017. (*See* Dkt. 25.) That deadline was stricken in May 2017 when plaintiff was granted leave to amend his complaint. (*See* Dkt. 63 at 5.) The Court issued a new Pretrial Scheduling Order in July 2017, and established therein a dispositive motion filing deadline of November 13, 2017. (Dkt. 93.) Plaintiff now seeks to push this deadline into January 2018 to decide if he even wants to file a motion. The Court agrees with defendants that the fact plaintiff has waited until this late date to even contemplate whether he needs to, or wants to, file a dispositive motion in this matter does not constitute good cause for extending the deadline.

(2) The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Thomas S. Zilly.

DATED this 17th day of November, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
TO EXTEND THE DISPOSITIVE MOTION
FILING DEADLINE - 2