UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE J.W. ROBERTS, JR.,

                Plaintiff,

v.

SNOHOMISH COUNTY, *et al*.,

                Defendants.

Case No. C16-1464-TSZ

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's second amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is APPROVED and ADOPTED.

(2) Defendants' motion for summary judgment (Dkt. 99) is GRANTED.

(3) Plaintiff's second amended complaint (Dkt. 66) and this action are DISMISSED with prejudice as to plaintiff's federal constitutional claims and without prejudice as to plaintiff's state law defamation claims.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 21st day of May, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2